**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

ALBERT LAVIN,

                              Plaintiff,                                    **25 Civ. 9386 (DEH) (GS)**

                   -against-
                                                                           **VIDEO DISCOVERY**
TARGET CORPORATION,                                                        **CONFERENCE ORDER**


                              Defendant.

-----------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

        This action is scheduled for a Video Discovery Conference on **Tuesday, May 19, 2026**

**at 12:30 p.m.** with respect to Defendant's letter outlining Plaintiff's discovery deficiencies at

Docket Number 11.  Any additional submissions on the issues addressed therein shall be filed by

no later than Friday, May 15, 2026.  The parties are directed to join the conference via Microsoft

Teams at the scheduled time using the following link: **Join the meeting now**.  **[Meeting ID: 225**

**578 505 321 505] [Passcode: zL7vs2Wa].**

        **SO ORDERED.**

DATED:       New York, New York
             May 8, 2026


                                                    _____
                                                    The Honorable Gary Stein
                                                    United States Magistrate Judge