**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ALBERT LAVIN,

                          Plaintiff,

              -against-

TARGET CORP.,

                        Defendant.
------------------------------------------------------------------X

**25 Civ. 9386 (DEH) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

On May 19, 2026, the Court held a discovery conference based on the alleged discovery disputes outlined in Defendant's March 2, 2026 and April 13, 2026 letters (Dkt. Nos. 9, 11).

Accordingly, and for the reasons discussed during the conference, it is hereby

ORDERED that:

1. Plaintiff shall send an email to the Court at GSteinNYSDChambers@nysd.uscourts.gov and Defendant's counsel at mitch@fishmanmcintyre.com, by no later than Wednesday, May 20, 2026 attaching the 15-page document described by Plaintiff during the conference; and

2. Plaintiff shall send an email to the Court and Defendant's counsel at the email addresses above, by no later than Wednesday, May 27, 2026, providing Plaintiff's responses (on a Request-by-Request basis) to Requests 8 and 10–18 of Defendant's Requests for Production.

      **SO ORDERED.**

DATED:     New York, New York
           May 19, 2026

The Honorable Gary Stein
United States Magistrate Judge