**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

ALBERT LAVIN,

                           Plaintiff,

            -against-

TARGET CORPORATION,

                           Defendant.

-----------------------------------------------------------------X

**25 Civ. 9386 (DEH) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

On May 27, 2026, the Court received several emails from Plaintiff appearing to constitute Plaintiff's attempt to comply with the Court's order at Docket Number 14. The Court shortly thereafter forwarded these materials to Defendant's counsel. Since then, neither party has made any filings in this action. By no later than **Monday, June 29, 2026**, the parties shall file a joint status letter outlining their progress on discovery. In addition, should either party seek an extension of the fact discovery deadline in this action, which under the current Scheduling Order expired on May 29, 2026, they are hereby advised that any such motion must make a showing of good cause for such an extension.

      **SO ORDERED.**

DATED:    New York, New York
           June 17, 2026

_____
The Honorable Gary Stein
United States Magistrate Judge